4412 # 128948
FILED
2010 OCT -7 PM 2:59
CLERK, U.S
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

In re: HICKS, THOMAS ) Case No. 09-30767
HICKS, SUSAN J.
) Chapter 7

Debtor(s). ) Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   Professional Management Systems          $17.72
   6235 Enterprise Court
   Dublin, OH  43016-3293

2. Your Trustee's check for $17.72 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date   10/06/2010                          _____
                                           John N. Graham, Trustee